## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

ANTHONY MICHAEL STEWART,   :
                                     :

          **Plaintiff,**             :

     VS.                            :

                                     :     **NO. 5:18-CV-00390-MTT-CHW**

OFFICER THOMAS, *et al.*,        :

                                     :

          **Defendants.**           :

_____  :

## ORDER

*Pro se* Plaintiff Anthony Michael Stewart, an inmate presently incarcerated at the Autry State Prison in Pelham, Georgia, filed a Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). On December 6, 2018, Plaintiff was ordered to either pay the required $400.00 filing fee or submit a proper motion for leave to proceed *in forma pauperis*. Because several pages of his Complaint were missing, including the portion describing Plaintiff's claims, Plaintiff was also directed to recast his Complaint using the Court's standard form. Plaintiff was given twenty-one (21) days to comply, and he was warned that the failure to fully and timely comply could result in the dismissal of his Complaint. Order, Dec. 6, 2018, ECF No. 4.

The time for compliance passed without a response from Plaintiff. Plaintiff was thus ordered to respond and show cause why his lawsuit should not be dismissed for failing to comply with the Court's orders and instructions. Plaintiff was again given twenty-one (21) days to comply, and he was again warned that failure to respond to the Court's order would result in the dismissal of his Complaint. Order, Jan. 17, 2019, ECF No. 5.

The time for compliance has again passed without a response from Plaintiff. Because Plaintiff has failed to comply with the Court's instructions and orders and otherwise failed to diligently prosecute his claims, Plaintiff's Complaint shall be **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir.1978)).

**SO ORDERED**, this 19th day of February, 2019.

S/Marc T. Treadwell_____
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT